IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRACE MAKAU,                      )
                                  )
            Plaintiff,            )
                                  )
    v.                            )      1:16CV1346
                                  )
LOUISE MEYER, et al.,             )
                                  )
            Defendants.           )

**ORDER**

On January 11, 2017, the Recommendation of the United States Magistrate Judge was filed (Doc. 15) and notice was served on the parties pursuant to 28 U.S.C. § 636(b). On January 25, 2017, Plaintiff filed an objection. (Doc. 17.)

The court has conducted a review of those portions of the Recommendation to which objection was made and has made a *de novo* determination. The court's review is in accord with the Recommendation.

IT IS THEREFORE ORDERED that this action be DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous and for failing to state a claim upon which relief may be granted in this federal court.

                                       /s/   Thomas D. Schroeder
                                       United States District Judge

February 1, 2017